IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMERCE COMMERCIAL LEASING, LLC,** *ASSIGNEE OF NORVERGENCE, INC.* | : : : : | |
| | : | **CIVIL ACTION NO. 04-CV-04554(SD)** |
| **Plaintiff,** | : : | |
| v. | : : | |
| **BI-COUNTY SCALE ACQUISITION COMPANY, LLC** d/b/a **BI-COUNTY INDUSTRIES** and **IRA ROSENFELD** | : : : : : : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Plaintiff's Motion to Remand Civil Action to be served on the date indicated below via First Class Mail, postage prepaid upon the following:

Ira Rosenfeld
Individually and as an Officer of Defendant Bi-County,
Both Appearing Pro Se
75 Kean Street
West Babylon, NY 11704

                                                  **LAMM, RUBENSTONE, TOTARO & DAVID, LLC**

Date: October 26, 2004                  By: ___/s/ Todd Harris Surden_____
                                                         Todd Harris Surden, Esquire, Atty I.D.
                                                                Pending; Admitted to Practice in
                                                                Pennsylvania as of October 15, 2004
                                                         Four Greenwood Square, Suite 200
                                                         Bensalem, PA 19020
                                                         (215) 638-9330
                                                         Attorneys for Plaintiff

296535-1